# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHELDON FREEDMAN, M.D.; PANKAJ BHATANAGAR, M.D.; AND MATHEW NG, M.D.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOSEPH HARDY, JR., DISTRICT JUDGE,
Respondents,
and
MARK J. GARDBERG, ESQ., IN HIS CAPACITY AS RECEIVER FOR AND ACTING ON BEHALF OF, FLAMINGO-PECOS SURGERY CENTER, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 74726

FILED

FEB 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for writ relief challenges a district court order denying a motion to dismiss a tort action. Having considered the petition and its supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted, as an adequate remedy exists in the form of an appeal from any adverse final judgment. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court

18-06313

generally will not consider writ petitions challenging orders denying motions to dismiss). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Joseph Hardy, Jr., District Judge
Holland & Hart LLP/Las Vegas
Cook & Kelesis
Gordon & Rees Scully Mansukhani LLP
Black & LoBello
Eighth District Court Clerk